IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESMOND LEE ABERNATHY,<br>　　　　Petitioner,<br><br>　　v.<br><br>COMM'W. OF PENNSYLVANIA, et al.,<br>　　　　Respondents. | Civil Action No. 07-1898 |

MEMORANDUM

September 22, 2009　　　　　　　　　　　　　　　　　　　　　Pollak, J.

Prisoner Desmond Lee Abernathy has filed a letter with the court (docket no. 4). In part, the letter seeks to renew Abernathy's petition for *habeas corpus*, and in part, the letter lodges civil complaints against officers of the Commonwealth of Pennsylvania for damage to his personal property and violations of a "panoply" of provisions of the Interstate Agreement on Detainers.

The petitioner has not cured the defects in his *habeas* petition that led this court to dismiss it on May 17, 2007 (docket no. 2) and August 7, 2007 (docket no. 3). Accordingly, the court cannot re-examine Abernathy's request for *habeas* relief.

Insofar as the letter raises new civil claims, I will dismiss them without prejudice. This court cannot entertain his civil rights and property claims as an addition to his original *habeas corpus* petition. If Abernathy wishes to present civil claims in this court, he will have to file a separate civil complaint. An appropriate order follows.