IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DESMOND LEE ABERNATHY,<br>Petitioner,<br><br>v.<br><br>COMMONWEALTH OF<br>PENNSYLVANIA, ET AL.,<br>Respondents. | Civil Action No. 07-1898 |

## ORDER

AND NOW, this 22 day of September, 2009, for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Petitioner's request, lodged in his letter/petition (docket no. 4), for further review of his petition for *habeas corpus* is DENIED;

2. Petitioner's civil claims, also lodged in his letter/petition (docket no. 4), are dismissed without prejudice.

The Clerk of Court is requested to include with this order a copy of the current forms for civil suits.

BY THE COURT:

_____
Pollak, J.